IN THE CIRCUIT COURT OF ITAWAMBA COUNTY, MISSISSIPPI

JAMES DEREK DEDEAUX
AND LINDSAY MICHELLE DEDEAUX            PLAINTIFFS

USDC No. 1:20cv143-SA-DAS

VS.            CAUSE NO. CV19-098 WT
           CV20-113(F)T

GWC PROPERTIES, INC.            DEFENDANT / THIRD-PARTY PLAINTIFF

VS.

MAXUM CASUALTY INSURANCE COMPANY            THIRD-PARTY DEFENDANT

## THIRD-PARTY COMPLAINT

**COMES NOW**, Defendant, GWC Properties, Inc., by and through counsel, and files its Motion for Leave to File Third-Party Complaint and would show as follows:

### I. THE PARTIES

1. GWC Properties, Inc. ("GWC") is a Mississippi corporation doing business within the State of Mississippi.

2. Maxum Casualty Insurance Company ("Maxum") is an insurance company doing business within the State of Mississippi. Maxum may be served with process by service upon its registered agent, C T Corporation System of Mississippi 645 Lakeland East Drive Suite 101 Flowood, MS 39232.

3. The Court has proper jurisdiction over the subject matter and the Parties to this Third-Party Complaint.

FILED

JUN 24 2020

CAROL GATES, CIRCUIT CLERK
DC_____

FILED

SEP 03 2019

CAROL GATES, CIRCUIT CLERK
DC_____

## II. FACTS

4. Maxum issued a policy of insurance to GWC with an effective period of June 12, 2018, to June 12, 2019. Pursuant to Miss. R. Civ. P. 10(d), a true and correct copy of said insurance contract is attached hereto as Exhibit "A."

5. GWC performed all of its obligations under the subject policy.

6. Plaintiffs James Derek Dedeaux and Lindsay Michelle Dedeaux filed this action against GWC on April 8, 2019, claiming negligence and property damage by GWC during the policy period.

7. GWC vehemently denies negligence and liability to the Dedeauxes. However, pursuant to the terms of the policy, GWC tendered the suit to Maxum on or about May 1, 2019. A true and correct copy of the correspondence tendering the suit to Maxum is attached hereto as Exhibit "B."

8. Maxum is contractually obligated to provide a defense and indemnity to GWC in this action. The claims in this action are within the coverage provide by the policy and are not properly excluded.

9. Alternatively, even if the terms of the policy were ambiguous in this regard, the policy would be properly construed against Maxum such that coverage would exist.

10. Maxum has failed to provide either a defense or indemnity to GWC in this action.

11. Maxum has failed to adequately investigate the claim. Maxum has failed to make any written determination of coverage. Maxum has largely ignored the claim and its contractual obligations.

FILED
JUN 24 2020
CAROL GATES, CIRCUIT CLERK
DC

FILED
SEP 03 2019
CAROL GATES, CIRCUIT CLERK
DC

### III. COUNT I – DECLARATORY RELIEF

12. GWC is entitled to coverage, indemnity and defense as provided for in the insurance contract attached hereto as Exhibit "A."

13. GWC requests the Court to adjudicate its rights and Maxum's obligations pursuant to the insurance contract.

14. GWC requests a declaratory judgment, declaring its entitlement to indemnity and defense, pursuant to Miss. R. Civ. P. 57.

15. GWC requests declaratory relief as to all of its rights pursuant to the subject insurance contract.

### IV. COUNT II – BAD FAITH

16. Maxum acted in bad faith in failing to provide the indemnity and defense to GWC owed under the subject insurance contract.

17. Maxum had no legitimate or arguable reason for its failure to provide coverage under the policy.

18. Maxum failed to properly investigate the claim. Maxum failed to render a written decision as to coverage under the policy. Maxum acted in bad faith in ignoring the claim and the lawsuit against its insured.

19. Maxum breached the implied duty of good faith and fair dealing in the contract.

20. Maxum's actions were either malicious, or were grossly negligent and evidence a reckless disregard for the rights of its insured, GWC.

21. Maxum's bad faith breach of the insurance contract caused GWC to suffer damages.

22. Maxum's conduct was egregious such that Maxum should be ordered to pay punitive damages and reasonable attorneys' fees.

FILED
JUN 2 4 2020
CAROL GATES, CIRCUIT CLERK
DC_____

FILED
SEP 0 3 2019
CAROL GATES, CIRCUIT CLERK
DC_____

## V. PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED**, GWC Properties, Inc. respectfully requests the Court for declaratory relief against Maxum Casualty Insurance Company pursuant to Miss. R. Civ. P. 57. GWC further requests an award of compensatory damages, punitive damages, all costs of Court and reasonable attorneys' fees against Maxum. GWC further requests such other and more general relief to which it is entitled.

**RESPECTFULLY SUBMITTED**, this the 29th day of August, 2019.

                        MCLAUGHLIN LAW FIRM

By: _____
R. Shane McLaughlin (Miss. Bar No. 101185)
338 North Spring Street Suite 2
P.O. Box 200
Tupelo, Mississippi 38802
Telephone: (662) 840-5042
Facsimile: (662) 840-5043
Email: rsm@mclaughlinlawfirm.com

**ATTORNEY FOR DEFENDANT**

FILED
JUN 2 4 2020
CAROL GATES, CIRCUIT CLERK
DC_____

FILED
SEP 0 3 2019
CAROL GATES, CIRCUIT CLERK
DC_____

## CERTIFICATE OF SERVICE

This will certify that the undersigned attorney has this date delivered a true and correct copy of the above and foregoing document to the following by United States First Class Mail, postage prepaid addressed as follows:

**Ed Priest**
**Priest & Wise, PLLC**
**Post Office Box 46**
**Tupelo, Mississippi 38802**

This, the 27th day of August, 2019.

R. Shane McLaughlin

FILED
JUN 24 2020
CAROL GATES, CIRCUIT CLERK
DC_____

FILED
SEP 03 2019
CAROL GATES, CIRCUIT CLERK
DC_____



*A Company of The Hartford*

# Insurance Policy for:
# GWC Properties

FILED
JUN 2 4 2020
CAROL GATES, CIRCUIT CLERK
DC

FILED
SEP 0 3 2019
CAROL GATES, CIRCUIT CLERK
DC

Maxum Indemnity Company
3655 North Point Parkway,
Suite 500
Alpharetta, Georgia 30005
Telephone: 678 597 4500
Fax: 678 597 4501



EXHIBIT A

# Shane McLaughlin

| | |
|---|---|
| **From:** | Shane McLaughlin <rsm@mclaughlinlawfirm.com> |
| **Sent:** | Wednesday, May 01, 2019 3:30 PM |
| **To:** | 'claims@mxmsig.com' |
| **Cc:** | 'wilson2@nexband.com' |
| **Subject:** | CLAIM - Policy No. BDG-3029722-01 - Notice of Lawsuit |
| **Attachments:** | Summons and Complaint.pdf |

Dear Sir or Madam:

I have been contacted by GWC Properties, your insured under the above-referenced policy. GWC has been served with a Complaint which implicates coverage under this policy. A copy of the Summons and Complaint is attached in PDF format. Pursuant to the policy, please accept this as a claim on the policy.

1. The insured is GWC Properties, Inc.
2. The policy number is BDG-3029722-01, with effective dates June 12, 2018, to June 12, 2019.
3. The alleged DOL is pled in the Complaint as July 2018 or thereafter.
4. The attached Complaint identifies the complaining parties and the particulars of the allegations.

GWC Properties was served on or about April 17, 2019. A responsive pleading is due within 30 days of service of the Summons and Complaint. Please confirm immediately that Maxum accepts the defense of this matter and will handle responding to the Complaint.

You are free to contact the insured directly as to any matter regarding this, including assignment of defense counsel. The contact person is:

Jimmie L. Wilson
253 Spencer Wallace Road
Fulton, MS 38843
(662) 862-7669
wilson2@nexband.com


Shane McLaughlin
**McLaughlin Law Firm**
338 North Spring Street Suite 2
P.O. Box 200
Tupelo, MS 38802
(662) 840-5042
Fax: (662) 840-5043
www.mclaughlinlawfirm.com

FILED
JUN 24 2020
CAROL GATES, CIRCUIT CLERK
DC_____

FILED
SEP 03 2019
CAROL GATES, CIRCUIT CLERK
DC_____


EXHIBIT B

1