IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GWC PROPERTIES, INC     PLAINTIFF

V.     CIVIL ACTION NO. 1:20-CV-143-SA-DAS

MAXUM CASUALTY INSURANCE COMPANY     DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on July 8, 2020. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 10th day of July, 2020.

                                       /s/ Sharion Aycock
                                       UNITED STATES DISTRICT JUDGE