## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**GWC PROPERTIES, INC.** **PLAINTIFF**

**V.** **NO. 1:20-CV-143-DMB-DAS**

**MAXUM CASUALTY INSURANCE**
**COMPANY** **DEFENDANT**

## ORDER CLOSING CASE

On September 2, 2020, the Court was advised by e-mail that this case has settled. Accordingly, this case is administratively **CLOSED**.[1]

**SO ORDERED**, this 23rd day of October, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] This case may be dismissed with prejudice either by the parties filing a stipulation in accordance with Federal Rule of Civil Procedure 41 or a joint motion for dismissal.